**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:     Phan v. CL Investments, LLC

Appellate case number:   01-20-00551-CV

Trial court case number:  2019-76626

Trial court:              215th District Court of Harris County


The panel and the rest of the en banc court having voted unanimously, CL Investments, LLC's motion for rehearing en banc is **denied**.


Justice's signature: /s/ Gordon Goodman
                           Acting for the Court


Before: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris. Panel consists of Justices Goodman, Landau, and Countiss.


Date: February 15, 2022